```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ABA REFINERY CORP., ALEX GOLD                 :
REFINERY CORP., GOLD BAR REFINERY             :
CORP., GOLDEX REFINERY CORP.,                 :
MONSTER REFINERY CORP., RUDY                  :
ENTERPRISES OF AMERICA CORP., VIKTOR          :
GOLD ENTERPRISES OF NY CORP.,                 :
                                              :
                          Plaintiffs,         :
                                              :
              -against-                       :
                                              :
REPUBLIC METALS REFINING                      :
CORPORATION,                                  :
                                              :
                          Defendant.          :
-----------------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 10/14/2025

1:15-cv-8731-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

This case was stayed on November 9, 2018, following the Court's receipt of a suggestion of bankruptcy as to Defendants Republic Metals Refining Corporation, Republic Metals Corporation, and Republic Carbon Company, LLC. Dkt. Nos. 91, 92. The bankruptcy case closed on June 23, 2025. Accordingly, on October 6, 2025, the Court entered an order informing the parties that the case would be closed on October 13, 2025, unless, prior to that date, Plaintiffs filed a letter requesting relief from the Court. Dkt. No. 95. Plaintiffs have not submitted a letter to the Court requesting relief. Therefore, this case is closed.

The Clerk of Court is directed to terminate all pending motions and close this case.

SO ORDERED.

Dated: October 14, 2025

_____
GREGORY H. WOODS
United States District Judge